IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA M. GRAY, | |
| Plaintiff, | 8:24CV288 |
| vs. | |
| PILOT TRAVEL CENTERS, LLC, | ORDER |
| Defendant. | |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **July 3, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 19th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge