IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA M. GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT TRAVEL CENTERS, LLC,<br><br>Defendant. | 8:24CV288<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by counsel for all parties. Filing 21. The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 21, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 7th day of July, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1